IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| NORTHERN MICHIGAN HOSPITALS, INC. and GIFFORD MEDICAL CENTER, INC., *for themselves and on behalf of all other similarly situated class members,* | : : : : : : : | |
| Plaintiffs, | : : | Civil Action No.  07-39 |
| v. | : : | |
| HEALTH NET FEDERAL SERVICES, LLC, (f/k/a HEALTH NET FEDERAL SERVICES, INC.), | : : : : | |
| Defendant. | : : | |

## PRAECIPE

TO:   CLERK
   United States District Court
   District of Delaware
   500 N. King Street
   Wilmington, Delaware  19801

   PLEASE ISSUE AN ALIAS SUMMONS to be served pursuant to Rule 4(h)(1) together

with a copy of the First Amended Complaint upon:

Health Net Federal Services, LLC
f/k/a Health Net Federal Services, INC.
2205 Aerojet Road
Ranchero Cardova, CA  95742


by serving its registered agent The Corporation Trust Company, Corporation Trust Center, 1209

Orange Street, Wilmington, Delaware  19801.

Dated: January 23, 2007                                   DUANE MORRIS LLP

/s/ Matt Neiderman
Matt Neiderman (Del. Bar No. 4018)
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302.657.4900
302.657.4901 *fax*
mneiderman@duanemorris.com

John J. Soroko
Seth A. Goldberg
DUANE MORRIS LLP
30 South 17th St.
Philadelphia, PA 19103
215.979.1000
215.979.1020 *fax*
jsoroko@duanemorris.com
sgoldberg@duanemorris.com


Michael R. Gottfried
Patricia R. Rich
DUANE MORRIS LLP
470 Atlantic Avenue
Boston, MA 02210
617.289.9200
617.289.9201 *fax*
mgottfried@duanemorris.com
prich@duanemorris.com

Gregory A. Brodek
DUANE MORRIS LLP
88 Hammond Street, Suite 500
Bangor, ME 04401
207-262-5400
gbrodek@duanemorris.com

*Attorneys for Plaintiffs Northern Michigan Hospitals, Inc., and Gifford Medical Center, Inc., for themselves and on behalf of all other similarly situated class members*

2