IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| NORTHERN MICHIGAN HOSPITALS, INC. and GIFFORD MEDICAL CENTER, INC., *for themselves and on behalf of all other similarly situated class members*, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-39 (GMS) |
| | ) ) | JURY TRIAL DEMANDED |
| v. | ) ) | |
| HEALTH NET FEDERAL SERVICES, LLC, (f/k/a HEALTH NET FEDERAL SERVICES, INC.), | ) ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, subject to the approval of the Court, that the time for Defendant to answer, move or otherwise respond to the Complaint is extended through and including March 15, 2007. The parties further agree that, in the event a motion is filed in response to the Complaint, the following briefing schedule will apply:

| | |
|---|---|
| Opening Brief | March 15, 2007 |
| Answering Brief | April 16, 2007 |
| Reply Brief | April 30, 2007 |

Defendant requests this additional time for several reasons. First, counsel for Defendant has just been retained in this matter and is in the process of reviewing a significant amount of documents associated with Defendant's participation in the TRICARE Program.

Second, Defendant needs additional time to research both fact and legal issues associated with its potential defenses to the claims set forth in Plaintiffs' Complaint.

| DUANE MORRIS LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By /s/ Gary W. Lipkin<br>Matt Neiderman (Del. Bar 4018)<br>Gary William Lipkin (Del. Bar 4044)<br>1100 North Market Street<br>Suite 1200<br>Wilmington, Delaware 19801<br>(302) 657-4900 – Telephone<br>mneiderman@duanemorris.com – Email<br>gwlipkin@duanemorris.com – Email | By /s/ Jennifer Gimler Brady<br>Richard L. Horwitz (Del. Bar 2246)<br>Jennifer Gimler Brady (Del. Bar. 2874)<br>Jennifer C. Wasson (Del. Bar 4933)<br>Hercules Plaza, Sixth Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, Delaware 19899-0951<br>(302) 984-6000 – Telephone<br>(302) 658-1192 – Facsimile<br>rhorwitz@potteranderson.com – Email<br>jbrady@potteranderson.com - Email |

*Attorneys for Plaintiffs Northern Michigan Hospitals, Inc. and Gifford Medical Center, Inc., for themselves and on behalf of all other similarly situated class members*

*Attorneys for Defendant Health Net Federal Services, LLC*

OF COUNSEL:

John J. Soroko
Seth A. Goldberg
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103
(215) 979-1000 – Telephone
(215) 979-1020 – Facsimile
jsoroko@duanemorris.com – Email
sgoldberg@duanemorris.com – Email

Michael R. Gottfried
Patricia R. Rich
DUANE MORRIS LLP
470 Atlantic Avenue
Boston, Massachusetts 02210
(617) 289-9200 – Telephone
(617) 289-9201 – Facsimile
mgottfried@duanemorris.com – Email
prich@duanemorris.com – Email

Gregory A. Brodek
DUANE MORRIS LLP
88 Hammond Street, Suite 500

OF COUNSEL:

Kathleen Taylor Sooy, Esquire
Christopher Flynn, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500 – Telephone
(202) 628-5116 – Facsimile
ksooy@crowell.com - Email
cflynn@crowell.com - Email

Bangor, Maine 04401
(207) 262-5400 – Telephone
gbrodek@duanemorris.com - Email

Dated: February 7, 2007
775981v1 / 31173

        SO ORDERED this ____ day of February 2007.

                                                          _____
                                                          The Honorable Gregory M. Sleet