**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|   |   |
|---|---|
| NORTHERN MICHIGAN HOSPITALS, INC. and GIFFORD MEDICAL CENTER, INC., *for themselves and on behalf of all other similarly situated class members,* ) ) ) ) ) ) ) | |
| Plaintiffs, ) | Civil Action No. 07-39 (GMS) |
| ) | JURY TRIAL DEMANDED |
| v. ) ) | |
| HEALTH NET FEDERAL SERVICES, LLC, (f/k/a HEALTH NET FEDERAL SERVICES, INC.), ) ) ) ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Richard L. Horwitz of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, to be notified as Delaware counsel on behalf of defendant Health Net Federal Services, LLC.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Kathleen Taylor Sooy, Esquire
Christopher Flynn, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500 – Telephone
(202) 628-5116 – Facsimile
ksooy@crowell.com - Email
cflynn@crowell.com - Email

By */s/ Richard L. Horwitz*
Richard L. Horwitz (Del. Bar 2246)
Jennifer Gimler Brady (Del. Bar. 2874)
Jennifer C. Wasson (Del. Bar 4933)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000 – Telephone
(302) 658-1192 – Facsimile
rhorwitz@potteranderson.com – Email

jbrady@potteranderson.com - Email

Dated: February 13, 2007

777754v1 / 31173

*Attorneys for Defendant Health Net Federal Services, LLC*

## **CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify this 13th day of February, 2007, that the foregoing **NOTICE OF APPEARANCE** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the document is available for viewing and downloading via CM/ECF to the following counsel of record:

> Matt Neiderman, Esquire
> Gary W. Lipkin, Esquire
> Duane Morris LLP
> 1100 North Market Street
> Suite 1200
> Wilmington, DE  19801

> */s/ Richard L. Horwitz*
> Richard L. Horwitz (Del. Bar 2246)
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, Sixth Floor
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE  19899
> (302) 984-6000 - Telephone
> (302) 658-1192 - Facsimile
> rhorwitz@potteranderson.com
>
> *Attorneys for Defendant Health Net Federal Services, LLC*