**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| NORTHERN MICHIGAN HOSPITALS, INC. and GIFFORD MEDICAL CENTER, INC., *for themselves and on behalf of all other similarly situated class members,*<br><br>                 Plaintiffs,<br><br>      v.<br><br>HEALTH NET FEDERAL SERVICES, LLC, (f/k/a HEALTH NET FEDERAL SERVICES, INC.),<br><br>             Defendant. | Civil Action No. 07-39 (GMS)<br><br>JURY TRIAL DEMANDED |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Arthur N. Lerner, Crowell & Moring LLP, 1001 Pennsylvania Avenue, N.W., Washington, D.C. 20004, to represent Defendant Health Net Federal Services, LLC.

POTTER ANDERSON & CORROON LLP

By _____
Richard L. Horwitz (Del. Bar 2246)
Jennifer Gimler Brady (Del. Bar 2874)
Jennifer C. Wasson (Del. Bar 4933)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000 – Telephone
(302) 658-1192 – Facsimile
rhorwitz@potteranderson.com – Email
jbrady@potteranderson.com - Email

OF COUNSEL:

Kathleen Taylor Sooy
Christopher Flynn
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500 – Telephone
(202) 628-5116 – Facsimile
ksooy@crowell.com - Email
cflynn@crowell.com - Email

Dated:  February 15, 2007                    *Attorneys for Defendant Health Net Federal*
                                             *Services, LLC*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and State of Massachusetts, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Date: 2/14/2007

Arthur N. Lerner
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500 – Telephone
(202) 628-5116 – Facsimile
alerner@crowell.com - Email

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is

granted.


Date: _____                    _____
                                           United States District Judge

## CERTIFICATE OF SERVICE

I, Jennifer Gimler Brady, hereby certify this 15th day of February, 2007,

that the foregoing **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was

electronically filed with U.S. District Court District of Delaware via CM/ECF (Official

Court Electronic Document Filing System) which will send notification of such filing that

the document is available for viewing and downloading via CM/ECF to the following

counsel of record:

Matt Neiderman, Esquire
Gary W. Lipkin, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE  19801
mneiderman@duanemorris.com - Email

Jennifer Gimler Brady (Del. Bar 2874)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000 - Telephone
(302) 658-1192 - Facsimile
jbrady@potteranderson.com

*Attorney for Defendant Health Net Federal
Services, LLC*