IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHERN MICHIGAN HOSPITALS, INC. and GIFFORD MEDICAL CENTER, INC., *for themselves and on behalf of all other similarly situated class members,* | : : : : : : | |
| Plaintiffs, | : : | Civil Action No. 07-39 |
| v. | : : | JURY TRIAL DEMANDED |
| HEALTH NET FEDERAL SERVICES, LLC, (f/k/a HEALTH NET FEDERAL SERVICES, INC.), | : : : : | CLASS ACTION |
| Defendant. | : : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Seth A. Goldberg to represent Northern Michigan Hospitals, Inc. and Gifford Medical Center, Inc., for themselves and on behalf of all other similarly situated class members, in this matter.

**DUANE MORRIS LLP**

/s/ Matt Neiderman
Matt Neiderman (Del. Bar No. 4018)
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302.657.4900
302.657.4901 *fax*
mneiderman@duanemorris.com

*Attorney for Plaintiffs*
*Northern Michigan Hospitals, Inc. and*
*Gifford Medical Center, Inc., for themselves*
*and on behalf of all other similarly situated*
*class members.*

Date: February 28, 2007

2

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania, New Jersey, District of Columbia, and Florida, and am admitted to practice in the U.S. District Courts for the Eastern District of Pennsylvania and the Eastern District of Wisconsin, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 2/27/06

Signed: _____
Seth A. Goldberg
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103
(215) 979-1175 - Telephone
(215) 979-1020 - Facsimile
sagoldberg@duanemorris.com

DM1\753638.1

**CERTIFICATE OF SERVICE**

I, Matt Neiderman, hereby certify that on February 28, 2007, I caused a copy of the foregoing document to be served upon the following counsel of record via e-filing:

> Jennifer Gimler Brady, Esq.
> Potter, Anderson & Corroon LLP
> 1313 N. Market Street
> Hercules Plaza
> 6th Floor
> Wilmington, Delaware  19899

> /s/ Matt Neiderman
> Matt Neiderman  (Del. I.D. No. 4018)