IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHERN MICHIGAN HOSPITALS, INC. and GIFFORD MEDICAL CENTER, INC., *for themselves and on behalf of all other similarly situated class members,* | : : : : : : |
| Plaintiffs, | : Civil Action No. 07-39 : |
| v. | : JURY TRIAL DEMANDED : |
| HEALTH NET FEDERAL SERVICES, LLC, (f/k/a HEALTH NET FEDERAL SERVICES, INC.), | : CLASS ACTION : : : |
| Defendant. | : : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Michael R. Gottfried to represent Northern Michigan Hospitals, Inc. and Gifford Medical Center, Inc., for themselves and on behalf of all other similarly situated class members, in this matter.

**DUANE MORRIS LLP**

/s/ Matt Neiderman
Matt Neiderman (Del. Bar No. 4018)
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302.657.4900
302.657.4901 *fax*
mneiderman@duanemorris.com

*Attorney for Plaintiffs*
*Northern Michigan Hospitals, Inc. and*
*Gifford Medical Center, Inc., for themselves*
*and on behalf of all other similarly situated*
*class members.*

Date: February 28, 2007

Case 1:07-cv-00039-GMS    Document 15    Filed 02/28/2007    Page 2 of 2

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____       _____
                                   United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of bars the Commonwealth of Massachusetts and the District of Columbia; the United States District Court for the District of Massachusetts and the District of Columbia; the United States Court of Appeals for the District of Columbia Circuit, First Circuit, Seventh Circuit, Ninth Circuit, Tenth Circuit and Federal Circuit; and the United States Supreme Court and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 2/25/07               Signed: _____
                                   Michael R. Gottfried
                                   DUANE MORRIS LLP
                                   470 Atlantic Avenue
                                   Boston, Massachusetts 02210
                                   (617) 289-9200 – Telephone
                                   (617) 289-9201 – Facsimile
                                   mgottfried@duanemorris.com – Email

DM1\753632.1

**CERTIFICATE OF SERVICE**

I, Matt Neiderman, hereby certify that on February 28, 2007, I caused a copy of the foregoing document to be served upon the following counsel of record via e-filing:

>Jennifer Gimler Brady, Esq.
>Potter, Anderson & Corroon LLP
>1313 N. Market Street
>Hercules Plaza
>6th Floor
>Wilmington, Delaware  19899

>/s/ Matt Neiderman
>Matt Neiderman  (Del. I.D. No. 4018)