**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| NORTHERN MICHIGAN HOSPITALS, INC. and GIFFORD MEDICAL CENTER, INC., *for themselves and on behalf of all other similarly situated class members,* : : : : : : : | |
| Plaintiffs, : | Civil Action No. 07-39 |
| v. : : | JURY TRIAL DEMANDED |
| HEALTH NET FEDERAL SERVICES, LLC, (f/k/a HEALTH NET FEDERAL SERVICES, INC.), : : : : | CLASS ACTION |
| Defendant. : | |

## DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Northern Michigan Hospitals, Inc. and Gifford Medical Center, Inc., for themselves and on behalf of all other similarly situated class members, hereby state that neither entity is owned by a parent corporation, and no publicly held corporation owns more than 10% of the stock of either entity.

Dated: March 7, 2007

DUANE MORRIS LLP

/s/ Matt Neiderman
Matt Neiderman (Del. Bar No. 4018)
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302.657.4900
302.657.4901 *fax*
mneiderman@duanemorris.com

2

John J. Soroko
Seth A. Goldberg
DUANE MORRIS LLP
30 South 17th St.
Philadelphia, PA 19103
215.979.1000
215.979.1020 *fax*
jsoroko@duanemorris.com
sgoldberg@duanemorris.com


Michael R. Gottfried
Patricia R. Rich
DUANE MORRIS LLP
470 Atlantic Avenue
Boston, MA 02210
617.289.9200
617.289.9201 *fax*
mgottfried@duanemorris.com
prich@duanemorris.com

Gregory A. Brodek
DUANE MORRIS LLP
88 Hammond Street, Suite 500
Bangor, ME 04401
207-262-5400
gbrodek@duanemorris.com

*Attorneys for Plaintiffs Northern Michigan Hospitals, Inc., and Gifford Medical Center, Inc., for themselves and on behalf of all other similarly situated class members*

DM1\759843.1

**CERTIFICATE OF SERVICE**

I, Matt Neiderman, hereby certify that on March 7, 2007, I caused a copy of the foregoing document to be served upon the following counsel of record via e-filing:

>Jennifer Gimler Brady, Esq.
>Potter, Anderson & Corroon LLP
>1313 N. Market Street
>Hercules Plaza
>6th Floor
>Wilmington, Delaware  19899

>/s/ Matt Neiderman
>Matt Neiderman  (Del. I.D. No. 4018)