IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHERN MICHIGAN HOSPITALS, INC. and GIFFORD MEDICAL CENTER, INC., *for themselves and on behalf of all other similarly situated class members,*<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>HEALTH NET FEDERAL SERVICES, LLC, (f/k/a HEALTH NET FEDERAL SERVICES, INC.),<br><br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 07-39 (GMS)<br>)<br>)　JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT HEALTH NET FEDERAL SERVICES, LLC'S
## MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 12(b)(7), Defendant Health Net Federal Services, LLC ("Health Net"), by and through counsel, hereby respectfully submits this Motion to Dismiss Plaintiff's First Amended Complaint with prejudice. As set forth fully in Defendant Health Net Federal Services, LLC's Memorandum in Support of its Motion to Dismiss, Health Net respectfully requests that the Court dismiss Plaintiffs' Complaint for the following reasons: (1) Plaintiffs have failed to join a necessary and indispensable party, the United States, under Federal Rule of Civil Procedure 19; (2) the United States is the real party in interest in this action and the matter should not proceed in its absence; (3) the Plaintiffs failed to exhaust their administrative remedies under the TRICARE Program prior to initiating this lawsuit and, as a result, their claims are, at best, premature; (4) Plaintiffs' claims require examination and interpretation of technical payment regulations and the matter should therefore be referred to the TRICARE Management Authority, the office within the Department of Defense empowered to enforce the regulation at issue; and (5) Plaintiffs have failed to state a claim upon which relief can

be granted under their common law theories of relief based on breach of implied-in-fact contract and unjust enrichment. Accordingly, Health Net respectfully requests that the Court dismiss Plaintiffs' First Amended Complaint in its entirety with prejudice.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Arthur N. Lerner, Esquire<br>Kathleen Taylor Sooy, Esquire<br>Christopher Flynn, Esquire<br>Tracy A. Roman, Esquire<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 624-2500 – Telephone<br>(202) 628-5116 – Facsimile<br><br>Dated: March 15, 2007<br>783686v1 / 31173 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ Jennifer Gimler Brady<br>Richard L. Horwitz (Del. Bar 2246)<br>Jennifer Gimler Brady (Del. Bar. 2874)<br>Jennifer C. Wasson (Del. Bar 4933)<br>Hercules Plaza, Sixth Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, Delaware 19899-0951<br>(302) 984-6000 – Telephone<br>(302) 658-1192 – Facsimile<br>rhorwitz@potteranderson.com - Email<br>jbrady@potteranderson.com – Email<br><br>*Attorneys for Defendant Health Net Federal Services, LLC* |

## CERTIFICATE OF SERVICE

I, Jennifer Gimler Brady, hereby certify this 15th day of March, 2007, that the foregoing **DEFENDANT HEALTH NET FEDERAL SERVICES, LLC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the document is available for viewing and downloading via CM/ECF to the following counsel of record:

> Matt Neiderman, Esquire
> Duane Morris LLP
> 1100 North Market Street
> Suite 1200
> Wilmington, DE 19801

> /s/ Jennifer Gimler Brady
> Jennifer Gimler Brady (Del. Bar 2874)
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, Sixth Floor
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE 19899
> (302) 984-6000 - Telephone
> (302) 658-1192 - Facsimile
> jbrady@potteranderson.com – Email
>
> *Attorneys for Defendant Health Net Federal Services, LLC*