IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHERN MICHIGAN HOSPITALS, INC. and GIFFORD MEDICAL CENTER, INC. *for themselves and on behalf of all other similarly situated class members,*<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH NET FEDERAL SERVICES, LLC, (f/k/a HEALTH NET FEDERAL SERVICES, INC.),<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 07-39 (GMS) ) ) ) ) ) ) ) |

## DEFENDANT HEALTH NET FEDERAL SERVICES, LLC'S RULE 7.1 DISCLOSURE STATEMENT

Defendant Health Net Federal Services, LLC, by and through counsel, hereby respectfully submits the following Disclosure Statement in accordance with Federal Rule of Civil Procedure 7.1:

1.  Defendant Health Net Federal Services, LLC, is a wholly-owned subsidiary of Health Net, Inc., a publicly-traded holding company that owns numerous subsidiaries that operate health plans, sell a variety of health insurance products and provide healthcare-related administrative services to government agencies and other entities.

2.  Based on the allegations in Plaintiffs' First Amended Complaint, it appears that Humana, Inc. and Sierra Health Services, Inc., two publicly-held corporations not a party to this action, may have a financial interest in the outcome of this

proceeding. Neither Humana, Inc. nor Sierra Health Services, Inc. is affiliated with Health Net, Inc.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Arthur N. Lerner, Esquire<br>Kathleen Taylor Sooy, Esquire<br>Christopher Flynn, Esquire<br>Tracy A. Roman, Esquire<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 624-2500 – Telephone<br>(202) 628-5116 – Facsimile<br><br><br>Dated: April 5, 2007<br>787624v1 / 31173 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ Jennifer Gimler Brady<br>Richard L. Horwitz (Del. Bar 2246)<br>Jennifer Gimler Brady (Del. Bar. 2874)<br>Jennifer C. Wasson (Del. Bar 4933)<br>Hercules Plaza, Sixth Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, Delaware 19899-0951<br>(302) 984-6000 – Telephone<br>(302) 658-1192 – Facsimile<br>rhorwitz@potteranderson.com – Email<br>jbrady@potteranderson.com – Email<br><br>*Attorneys for Defendant Health Net Federal Services, LLC* |

2

## CERTIFICATE OF SERVICE

I, Jennifer Gimler Brady, hereby certify this 5th day of April, 2007, that the foregoing **HEALTH NET FEDERAL SERVICES, LLC'S RULE 7.1 DISCLOSURE STATEMENT** was electronically filed with the U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the document is available for viewing and downloading via CM/ECF to the following counsel of record:

        Matt Neiderman, Esquire
        Duane Morris LLP
        1100 North Market Street
        Suite 1200
        Wilmington, Delaware 19801

        /s/ Jennifer Gimler Brady
        Jennifer Gimler Brady (Del. Bar. 2874)
        POTTER ANDERSON & CORROON LLP
        Hercules Plaza, Sixth Floor
        1313 North Market Street
        P.O. Box 951
        Wilmington, Delaware 19899-0951
        (302) 984-6000 – Telephone
        (302) 658-1192 – Facsimile
        jbrady@potteranderson.com – Email

        *Attorneys for Defendant Health Net Federal Services, LLC*