

Potter
Anderson
Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Jennifer Gimler Brady**
**Partner**
Attorney at Law
jbrady@potteranderson.com
302 984-6042 Direct Phone
302 658-1192 Fax

May 1, 2007

**CM/ECF ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 King Street
Wilmington, Delaware 19801

    RE:    NORTHERN MICHIGAN HOSPITALS, INC. AND GIFFORD MEDICAL
              CENTER, INC. V. HEALTH NET FEDERAL SERVICES, LLC,
              CIVIL ACTION NO. 07-39-GMS

Dear Judge Sleet:

        Briefing is now complete on Defendant Health Net Federal Services, LLC's Motion to Dismiss Plaintiffs' First Amended Complaint. Defendant requests oral argument on this motion.

        Counsel are available at Your Honor's convenience to answer any questions.

        Respectfully,

        Jennifer Gimler Brady

JGB/drt

    cc:    Clerk, United States District Court, District of Delaware (via CM/ECF and Hand Delivery)
           Matt Neiderman, Esquire (via CM/ECF and Hand Delivery)

792514v1 / 31173