**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
VIETNAM

MATT NEIDERMAN
DIRECT DIAL: 302-657-4920
E-MAIL: mneiderman@duanemorris.com

*www.duanemorris.com*

June 1, 2007

**VIA ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court - District of Delaware
Room 4324, Lock Box 19
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

> Re:  **Northern Michigan Hospitals, Inc., et al. v. Health Net Federal Services, LLC, C.A. No. 07-39 ("Health Net action");**
>
> **Lakewood Health System, et al. v. TriWest Healthcare Alliance Corp., C.A. No. 07-69 ("TriWest action")**

Dear Judge Sleet:

    We write in connection with the above referenced class actions.

    As Your Honor may be aware, the complaints in these actions were filed on January 23, 2007 (Health Net action) and February 7, 2007 (TriWest action). The defendants in each action have filed a motion to dismiss, which motions have been fully briefed.

    Since filing their complaints, the plaintiffs in each action have been unsuccessful in their attempts to engage the defendants in the conference required under F.R.C.P. 26(f). By refusing to so participate, defendants have effectively imposed an informal stay of discovery pending the resolution of their respective motions to dismiss.

    Although the Court has not yet scheduled the initial conference under L.R. 16(a) in either action, the Rule 26(f) conference is not dependent upon the occurrence of a Rule 16 conference, nor is it dependent upon the resolution of the pending motions to dismiss. Plaintiffs therefore respectfully request the Court's assistance in facilitating the Rule 26(f) conference in each action.

    We are available at the Court's convenience to discuss these issues.

DuaneMorris

The Honorable Gregory M. Sleet
June 1, 2007
Page 2

        Respectfully,

        /s/ Matt Neiderman
        Matt Neiderman (I.D. No. 4018)

cc: United States District Court Clerk (via Electronic Filing and Hand Delivery)
    Jennifer Gimler Brady, Esquire (via Electronic Filing and Hand Delivery)
    Katherine J. Neikerk, Esquire (via Electronic Filing and Hand Delivery)
    Christopher Flynn, Esquire (via email)
    Robert S. Ryland, Esquire (via email)
    John J. Soroko, Esquire (via email)
    Seth A. Goldberg, Esquire (via email)
    Michael R. Gottfried, Esquire (via email)
    Gregory A. Brodek, Esquire (via email)