

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

June 6, 2007

**VIA CM/ECF ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 King Street
Wilmington, Delaware 19801

  RE: NORTHERN MICHIGAN HOSPITALS, INC. AND GIFFORD MEDICAL
     CENTER, INC. v. HEALTH NET FEDERAL SERVICES, LLC,
     C. A. No. 07-39-GMS

Dear Judge Sleet:

  I write in response to plaintiff's June 1, 2007 letter to the Court. Defendant has repeatedly advised plaintiff's counsel that in accordance with common practice before Your Honor, as well as other Judges in this District (who might use a different form of order or notice), the first step in advancing the case is the discussion among the parties leading up to the Scheduling Conference, triggered by the Court's issuance of a notice, which has not yet occurred in this case. During those discussions and the Scheduling Conference, the parties will have an opportunity to address how to proceed with initial disclosures, issues relating to the timing and amount of discovery, and other deadlines for the litigation. We are prepared to have a discussion with plaintiff's counsel regarding these issues when the Court is ready to proceed or otherwise directs us to proceed.

  If the Court would like the parties to begin this discussion before the Scheduling Conference is noticed or in advance of the ruling on the motion to dismiss, we are prepared to do so. We will await further instruction from the Court.

            Respectfully,

            */s/ Richard L. Horwitz*

            Richard L. Horwitz

/msb
799729 / 31173

  cc: Clerk of the Court (via Hand Delivery)
     Matt Neiderman, Esquire (via Hand Delivery)