

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
ELECTRONIC NOTICING REGISTRATION FORM**

*FOR ATTORNEYS ADMITTED PRO HAC VICE*

Instructions: Once admitted (Pro Hac Vice motion has been granted), an attorney may register for *electronic noticing* in CM/ECF. Once you submit this form (signed original) to the Clerk of Court, your name and e-mail noticing address will appear on the docket, associated with your local counsel.

(Please Print or Type all information)

PRO HAC VICE GRANTED IN: CASE # 1:07-cv-39-GMS
(Case Type & Number, e.g., CA 04-123 SLR)
DOCKET ITEM # & DATE OF ORDER GRANTING PRO HAC VICE: #13  2/28/07
NAME(S) OF PARTY(IES) REPRESENTED: Northern Michigan and Gifford Medical
DATE $25.00 ANNUAL PRO HAC VICE FEE PAID: _____  RECEIPT # _____ (IF KNOWN)
Internet E-Mail Address: sagoldberg@duanemorris.com
(Please print clearly and include complete e-mail address)

Last Name: Goldberg            Generation: (e.g., Jr., Sr.) _____
First Name: Seth               Middle Initial: A.
Firm's Name: Duane Morris
Address: 30 South 17th Street
City: Philadelphia    State: PA    Zip Code: 19103
Type of Practice: X Civil   Criminal     Do you have a PACER Account?  Yes  No
Phone No.: 215-979-1175    FAX No.: 215-979-1020

An attorney admitted pro hac vice who desires to be electronically noticed by ECF, must complete and sign an Electronic Noticing Registration Form on a case-by-case basis. The attorney may retrieve documents electronically through PACER and will receive system-generated notices of electronic filings, however, this will NOT allow for documents to be FILED electronically. Also, as a participating attorney, you must promptly notify the Clerk's office if there is a change in your personal data, such as name or e-mail address, or termination of involvement in the case.

Signature: [signature]            Date: 9/26/07

Submit completed registration form to:

Clerk
U.S. District Court for the District of Delaware
ATTN: ECF Registration
Room 4209, Lockbox 18
844 N. King Street
Wilmington, DE 19801
(302) 573-6170

**COURT USE ONLY:**          (ECF Pro Hac Vice Reg. Form - Rev. 5/05)

DATE REGISTRATION FORM RECEIVED: _____
  PRO HAC VICE STATUS VERIFIED    ANNUAL PHV FEE PAID

DATE ELECTRONIC NOTICING ACTIVATED: _____

ENTERED BY: _____    E-MAIL NOTICE SENT TO ATTY