IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHERN MICHIGAN HOSPITALS, INC. and GIFFORD MEDICAL CENTER, INC., *for themselves and on behalf of all other similarly situated class members,* <br><br> Plaintiffs, <br><br> v. <br><br> HEALTH NET FEDERAL SERVICES, LLC, (f/k/a HEALTH NET FEDERAL SERVICES, INC.), <br><br> Defendant. | Civil Action No. 07-39 (GMS) <br><br> JURY TRIAL DEMANDED <br><br> CLASS ACTION |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Gregory A. Brodek to represent Northern Michigan Hospitals, Inc. and Gifford Medical Center, Inc., for themselves and on behalf of all other similarly situated class members, in this matter.

DUANE MORRIS LLP

/s/ Matt Neiderman
Matt Neiderman (Del. Bar No. 4018)
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302.657.4900
302.657.4901 *fax*
mneiderman@duanemorris.com

*Attorney for Plaintiffs*
*Northern Michigan Hospitals, Inc. and*
*Gifford Medical Center, Inc., for themselves*
*and on behalf of all other similarly situated*
*class members.*

Date: March 21, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Maine pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

DATE: _____March 19, 2008_____

Signed: _____
Gregory A. Brodek
Duane Morris LLP
Suite 500
88 Hammond Street
Bangor, ME 04401
207-262-5440
gabrodek@duanemorris.com

## CERTIFICATE OF SERVICE

I, Matt Neiderman, hereby certify that on March 21, 2008, I caused a copy of the Motion and Order for Admission Pro Hac Vice to be served upon the following counsel of record via e-filing:

> Jennifer Gimler Brady, Esq.
> Potter, Anderson, & Corroon LLP
> 1313 N. Market Street
> 6th Floor
> Wilmington, Delaware 19899

**DUANE MORRIS LLP**

/s/ Matt Neiderman
Matt Neiderman (Del. I.D. No. 4018)