IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHERN MICHIGAN HOSPITALS, INC., and GIFFORD MEDICAL CENTER, INC., *for themselves and on behalf of all other similarly situated class members,*<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>HEALTH NET FEDERAL SERVICES, LLC, (f/k/a HEALTH NET FEDERAL SERVICES, INC.),<br><br>　　　　　　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No. 07-39 (GMS)<br><br>CLASS ACTION |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Northern Michigan Hospitals, Inc. and Gifford Medical Center, Inc., hereby appeal to the United States Court of Appeals for the Third Circuit from the Order entered in this action on May 30, 2008, dismissing the First Amended Complaint (D.I. 40).

　　　　　　　　　　　　　　　　　　DUANE MORRIS LLP

Dated: June 24, 2008　　　　　　　/s/ Matt Neiderman
　　　　　　　　　　　　　　　　　　Matt Neiderman (Del. Bar No. 4018)
　　　　　　　　　　　　　　　　　　1100 N. Market St., Suite 1200
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　phone: 302.657.4900
　　　　　　　　　　　　　　　　　　fax: 302.657.4901
**Of Counsel:**　　　　　　　　　　mneiderman@duanemorris.com

John J. Soroko　　　　　　　　　　*Attorneys for Plaintiffs Northern Michigan*
Seth A. Goldberg　　　　　　　　　*Hospitals, Inc. and Gifford Medical Center,*
30 South 17th Street　　　　　　　*Inc., for themselves and on behalf of all other*
Philadelphia, PA 19103　　　　　　*similarly situated class members*
phone: 215.979.1000
fax: 215.979.1020

Michael R. Gottfried
Patricia R. Rich
470 Atlantic Avenue
Boston, MA  02210
phone:  857.488.4290
fax:  857.488.4201

Gregory A. Brodek
88 Hammond Street, Suite 500
Bangor, ME  04401
phone:  207.262.5400
fax:  207.262.5401