**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NORTHERN MICHIGAN HOSPITALS, INC. and GIFFORD MEDICAL CENTER, INC., *for themselves and on behalf of all other similarly situated class members,*<br><br>          Plaintiffs,<br><br>          v.<br><br>HEALTH NET FEDERAL SERVICES, LLC (f/k/a HEALTH NET FEDERAL SERVICES, INC.),<br><br>          Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 07-39 (GMS)

JURY TRIAL DEMANDED

## NOTICE OF CROSS APPEAL

On June 24, 2008, Plaintiffs in the above-captioned action filed a Notice of Appeal to the United States Court of Appeals for the Third Circuit from the May 30, 2008 Order granting Defendant Health Net Federal Services, LLC ("Health Net")'s motion to dismiss the complaint (the "May 30th Order") (Dkt. No. 40).  Notice is hereby given that Defendant Health Net cross appeals to the United States Court of Appeals for the Third Circuit from the May 30th Order.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Arthur N. Lerner
Kathleen Taylor Sooy
Christopher Flynn
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202-624-2500 - Telephone
202-628-5116 – Facsimile

Dated: July 3, 2008

By: */s/ Richard L. Horwitz*
　　Richard L. Horwitz (Del. Bar. 2246)
　　Jennifer Gimler Brady (Del. Bar 2874)
　　Hercules Plaza, Sixth Floor
　　P.O. Box 951
　　Wilmington, Delaware 19899-0951
　　302-984-6000 - Telephone
　　302-658-1192 - Facsimile
　　rhorwitz@potteranderson.com
　　jbrady@potteranderson.com
　　*Attorneys for Defendant Health Net Federal Services, LLC*