District of Delaware

FILED
JUL 2 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Northwest Michigan Hospitals Inc.,
Jonathan Lee Riches,
Plaintiffs

Civil No: 07-039-GMS
Motion For Reconsideration

v.

Health Net Federal Services LLC,
Defendants

---

Motion For Reconsideration & Clarification
Motion to Intervene as Plaintiff under Fed R. Civ P rule 24(A)2, 24(B)
Motion to Amend Complaint

---

Comes now the Plaintiff, Jonathan Lee Riches, in pro-se, moves this honorable court to intervene in this case under Fed R. Civ P rule 24(A)2 - as a matter of right or rule 24(B) - permissive Intervention. I have a interest in this case. I move for a motion for reconsideration to allow me to Intervene with a Amended Complaint. Defendants are contracted with FCI Williamsburg and not providing me medical care on my Irratable bowel syndrome and denied care for my mental health, a civil rights violation.
I move for a motion for reconsideration to Allow me to intervene with a Amended complaint with new Information.
I pray this court will grant my motions for relief

respectfully,

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

7-23-08

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Legal Mail

United States District Court
District of Delaware
Clerk of Court
J. Caleb Boggs Fed Bldg.
844 N. King St.
Wilmington, Delaware 19801

FLORENCE SC 295
25 JUL 2008 PM 1 L

USA FIRST-CLASS FOREVER

19801+3513